denied. Present—Centra, J.P., Peradotto, Carni and DeJoseph, JJ.

■ In the Matter of RITE AID CORPORATION, Respondent, v STEPHEN HAYWOOD, Assessor, et al., Appellants. (Proceeding Nos. 1 & 2.) In the Matter of RITE AID CORPORATION, Respondent, v TOWN OF WILLIAMSON BOARD OF ASSESSMENT REVIEW et al., Appellants. (Proceeding No. 3.) [17 NYS3d 340]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Carni and Whalen, JJ.

■ In the Matter of RITE AID CORPORATION, Respondent, v TERIE HUSEBY, Assessor, et al., Appellants. (Appeal No. 1.) [17 NYS3d 340]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Carni and Whalen, JJ.

■ In the Matter of RITE AID CORPORATION, Respondent, v TERIE HUSEBY, Assessor, et al., Appellants. (Appeal No. 2.) [17 NYS3d 374]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Carni and Whalen, JJ.

■ SCOTT M. HARVEY, Appellant, v HANDELMAN, WITKOWICZ AND LEVITSKY, LLP, et al., Respondents. [17 NYS3d 340]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Lindley and DeJoseph, JJ.

■ KATHLEEN BENEDETTI, Individually and as Administrator of the Estate of ERIC SMITH, Deceased, Respondent, v ERIE COUNTY MEDICAL CENTER CORPORATION, Appellant. [17 NYS3d 341]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Carni, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO CLARK, Appellant. [17 NYS3d 341]—Motion for reargument denied. Present—Scudder, P.J., Smith, Lindley, Whalen and DeJoseph, JJ.

■ REBECCA LALKA, Appellant, v ACA INSURANCE COMPANY, Respondent. [17 NYS3d 341]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Whalen and DeJoseph, JJ.

■ LYUBOV KLEPANCHUK et al., Respondents, v COUNTY OF MONROE et al., Appellants. [17 NYS3d 341]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Lindley and DeJoseph, JJ.

■ P&B CAPITAL GROUP, LLC, et al., Appellants, v RAB PERFORMANCE RECOVERIES, LLC, Respondent, et al., Defend-